UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHELLE ADAMS, | ) | CASE NO. 3:16-CV-03076 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | Magistrate James R. Knepp, II |
| | ) | |
| ERNIE GREEN INDUSTRIES, INC., | ) | **CORPORATE DISCLOSURE** |
| | ) | **STATEMENT OF ERNIE GREEN** |
| Defendant. | ) | **INDUSTRIES, INC.** |

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of the case.

    In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

    Ernie Green Industries, Inc.

1.     Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

        _____ Yes   __X__ No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

     

2.     Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?   _____ Yes   __X__ No.

    If the answer is Yes, list the identity of such corporation and the nature of the

financial interest:

|  |
|--|
|  |

                                                Respectfully submitted,

                                                */s/ James O'Connor*
James O'Connor (0063428)
Reminger Co., L.P.A.
101 West Prospect Avenue, Suite 1400
Cleveland, Ohio 44115
Phone: (216) 430-2223
Fax: (216) 687-1841
Email: joconnor@reminger.com

Brittany H. Asmus (0095142)
Reminger Co., L.P.A.
One SeaGate, Suite 1600
Toledo, Ohio 43604
Phone: (419) 245-3755
Fax: (419) 243-7930
Email: basmus@reminger.com

*Attorneys for Defendant Ernie Green Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 14, 2017, a copy of the foregoing *Corporate Disclosure Statement Of Ernie Green Industries, Inc.* filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ James O'Connor*
James O'Connor (0063428)