IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michelle Adams,            Case No. 3:16 CV 3076

         Plaintiff,          DISMISSAL ORDER

     -vs-          JUDGE JACK ZOUHARY

Marion Industries, LLC,

         Defendant.

A Settlement Conference held on August 31, 2017 resulted in a settlement. Counsel and parties present: Erica Probst, attorney for Plaintiff; Plaintiff Michelle Adams; Jim O'Connor, Jr., attorney for Defendant, Dennis Swearingen on behalf of Defendant.

Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

                                                 s/ *Jack Zouhary*
                                                 JACK ZOUHARY
                                                 U. S. DISTRICT JUDGE

                                                 August 31, 2017